PER CURIAM.
Affirmed. Hughes v. Miami Coca Cola Bottling Co., 155 Fla. 299, 19 So.2d 862 (1944); Millar v. Tropical Gables Corp., 99 So.2d 589 (Fla. 3rd DCA 1958); Tampa Drug Company v. Wait, 103 So.2d 603 (Fla. 1958); Warring v. Winn-Dixie Stores, Inc., 105 So.2d 915 (Fla. 3rd DCA 1958); Smith’s Bakery, Incorporated v. Jernigan, 134 So.2d 519 (Fla. 1st DCA 1961); Ford Motor Company v. Evancho, 327 So.2d 201 (Fla.1976); Prosser, Law of Torts, 646, 647, § 96, Ch. 17 (4th Ed.1971); Compare McCarthy v. Florida Ladder Company, 295 So.2d 707 (Fla. 2nd DCA 1974).